| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ST. JOSEPH SUPERIOR/CIRCUIT COURT |
| | ) SS: | |
| ST. JOSEPH COUNTY | ) | CAUSE NO: __71C01-1802-CT-000075__ |

MARY HUNT )
403 Harger Avenue )
Niles, MI 49120, )
 )
      Plaintiff, )
 )
v. )
 )
MENARD, INC. )
c/o THE PRENTICE-HALL )
CORPORATION SYSTEM INC, )
Registered Agent )
135 North Pennsylvania Street )
Suite 1610 )
Indianapolis, IN 46204 )
 )
      Defendant. )

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, Mary Hunt, and for her claim for relief, states the following:

1. On or about the 14th day of June, 2016, the Plaintiff, Mary Hunt, was on the premises of Defendant, Menard, Inc., in St. Joseph County, when she slipped and fell as a result of the negligence of the Defendant, Menard, Inc.

2. The Defendant, Menard, Inc., was negligent in that it failed to maintain the premises and/or warn the Plaintiff, Mary Hunt, of a dangerous and/or hazardous condition.

3. As a direct and proximate result of the carelessness and negligence of the Defendant, Menard, Inc., the Plaintiff, Mary Hunt, sustained personal injuries, the effects of which may be permanent and lasting; has incurred hospital, doctor and medical expenses and may continue to incur hospital, doctor and medical expenses in the future; has incurred pain and suffering and may

continue to incur pain and suffering in the future, all of which damages are in an amount yet uncertain.

WHEREFORE, Plaintiff, Mary Hunt, demands judgment against the Defendant, Menard, Inc., in an amount that will reasonably compensate her for the injuries and damages sustained, for the costs of this action and for all other just and proper relief.

_____
Daniel H. Pfeifer (5720-71)
James P. Barth (33951-64)
Attorneys for Plaintiff
PFEIFER MORGAN & STESIAK
53600 North Ironwood Drive
South Bend, IN  46635
Telephone:  (574) 272-2870